JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| AHMAD GRIGSBY, | ) | No. CV 16-8192-FMO (DFM) |
| Petitioner, | ) | |
| | ) | JUDGMENT |
| v. | ) | |
| WARDEN, | ) | |
| | ) | |
| Respondent. | ) | |
| | ) | |

Pursuant to the Order Summarily Dismissing Petition for Lack of Jurisdiction,

IT IS ADJUDGED that that the petition is summarily dismissed.

Dated: November 16, 2016

_____/s/_____
FERNANDO M. OGUIN
United States District Judge